UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:16-cr-202-T-26JSS

SANDY LAVET

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

a. Two counterfeit Chanel handbags;

b. One counterfeit Celine handbag;

c. Six counterfeit Goyard handbags and wallet;

d. Two counterfeit Hermes belts;

d. Two counterfeit Hermes handbags;

e. Two counterfeit Louis Vuitton key chains; and

f. One counterfeit Rolex watch.

On May 26, 2016, the Court entered a $125,153.00 Forfeiture Money Judgment and a Preliminary Order of Forfeiture for the assets described above, pursuant to 18 U.S.C. § 2323(b).  Doc. 13.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from

May 27, 2016 and June 25, 2016. Doc. 16. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this ___29___ day of July, 2016.

RICHARD A. LAZZARA
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record